1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GABRIELA DIAZ (1),<br><br>    Defendant. | Case No.: 20-CR-3525-TWR-1<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITH PREJUDICE AS TO DEFENDANT GABRIELA DIAZ ONLY** |

   Upon Motion by the United States and for good cause shown, the United States' Motion to Dismiss the Information (ECF No. 37) as to defendant Gabriela Diaz only is hereby GRANTED.

   The Information against defendant Gabriela Diaz is DISMISSED with prejudice.

   **IT IS SO ORDERED.**

DATED:    12/10/2020

_____
HON. TODD W. ROBINSON
United States District Judge